# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1404

_____

Jose Luis Gonzalez

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: September 24, 2105
Filed: October 7, 2015
[Unpublished]

_____

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Jose Luis Gonzalez petitions for review of an order of the
Board of Immigration Appeals dismissing his appeal from the decision of an
immigration judge to deny withholding of removal and relief under the Convention

Against Torture.[1]  After careful consideration, we conclude that substantial evidence supports the decision.  <u>See</u> <u>Davilia-Mejia v. Mukasey</u>, 531 F.3d 624, 627 (8th Cir. 2008).  The petition is denied.  <u>See</u> 8th Cir. R. 47B.

_____

_____

[1]The untimeliness of the related asylum application is not an issue before us.